No. 01–6902. DOMINGUE v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 01–6904. KAUZLARICH v. YARBROUGH ET AL. Ct. App. Wash. Certiorari denied.

No. 01–6907. GRAHAM v. HOWES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–6908. BRENDA H. ET VIR v. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES. Ct. App. N. Y. Certiorari denied.

No. 01–6912. BALL v. ARKANSAS. C. A. 8th Cir. Certiorari denied.

No. 01–6915. O'CONNELL v. MILLER ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–6917. VANG v. LEWIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–6919. HARRIS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–6920. NEALE v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–6922. GOSS v. MISSISSIPPI ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–6923. THURSTON v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 01–6924. WELCH v. CAREY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–6926. SYDNOR v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 01–6927. PIERCE v. JOHNSON ET AL. C. A. 3d Cir. Certiorari denied.